
joshuaulloaetalind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 1 3 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA J.C. ULLOA, <br> CHRISTINE M. DUENAS, <br> JONATHAN NINETE, and <br> VANESSA TENORIO, <br><br> Defendants. | CRIMINAL CASE NO. 08-00013 <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO MANUFACTURE METHAMPHETAMINE** <br> [21 U.S.C. §§ 841(a)(1) and 846] <br> (Count I) <br> **AIDING AND ABETTING THE ATTEMPTED MANUFACTURE OF METHAMPHETAMINE** <br> [18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1) & 846] <br> (Count II) <br> **ESTABLISHMENT OF MANUFACTURING OPERATIONS** <br> [21 U.S.C. § 856(a)(2)] <br> (Count III) |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO MANUFACTURE METHAMPHETAMINE**

Beginning in about September 2007, an exact date unknown, and continuing thereafter to and until January 7, 2008, in the District of Guam and elsewhere, the defendants herein, JOSHUA J.C. ULLOA, CHRISTINE M. DUENAS, JONATHAN NINETE, and VANESSA TENORIO, and other co-conspirators both known and unknown, did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree together with each other to manufacture

in excess of 5 grams, net weight, of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT II - AIDING AND ABETTING THE ATTEMPTED MANUFACTURE OF METHAMPHETAMINE

Beginning in about September 2007, an exact date unknown, and continuing thereafter to and until January 7, 2008, in the District of Guam and elsewhere, the defendants herein, JOSHUA J.C. ULLOA, CHRISTINE M. DUENAS and JONATHAN NINETE, did unlawfully and knowingly aid, abet, counsel, command, induce and procure the commission of the attempt to manufacture 5 grams or more of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT III - ESTABLISHMENT OF MANUFACTURING OPERATIONS

Beginning in or about September 2007, an exact date unknown, and continuing thereafter to and until January 7, 2008, in the District of Guam and elsewhere, the defendants JOSHUA J.C. ULLOA and CHRISTINE M. DUENAS, while managing and controlling a building at 26 Consolacion Street, Asan, Guam, as lessees, knowingly and intentionally made available for use, with and without compensation, said building for the purpose of unlawfully manufacturing

//
//
//
//
//
//
//
//

methamphetamine hydrochloride, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 856(a)(2).

Dated this 13th day of February, 2008.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

3

Criminal Case Cover Sheet                                                   U.S. District Court

**Place of Offense:**
City _____Hagåtña_____          **Related Case Information:**                    **08-00013**
Country/Parish _____          Superseding Indictment _____ Docket Number _____
                                   Same Defendant _____         New Defendant __x__
                                   Search Warrant Case Number _____
                                   R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _x_ No

Defendant Name       __JOSHUA J.C. ULLOA__

Alias Name           _____

Address              _____

                     __Asan, Guam__

Birthdate _Xx/xx/1976_  SS# _xxx-xx-5508_  Sex _M_  Race _PI_  Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas___

Interpreter:  _X_ No  ___ Yes    List language and/or dialect: _____

RECEIVED FEB 13 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _3_         ___ Petty  ___ Misdemeanor  _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 USC 841(a)(1) & 846 | Conspiracy to Manufacture Methamphetamine | 1 |
| Set 2  18 USC 2; 21 USC 841(a)(1) & 846 | Aiding and Abetting the Attempted Manufacture of Methamphetamine | 2 |
| Set 3  21 USC 856(a)(2) | Establishment of Manufacture Operations | 3 |
| Set 4 | | |

(May be continued on reverse)

Date: __2/13/b__    Signature of AUSA: __[signature]__

**Criminal Case Cover Sheet**                                      **U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

08-00013

Superseding Indictment _____ Docket Number _____
Same Defendant _____  New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name ____CHRISTINE M. DUENAS____

Alias Name _____

Address _____

____Asan, Guam____

Birthdate __Xx/xx/1979__  SS# __xxx-xx-2454__  Sex __F__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ____Rosetta L. San Nicolas____

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

RECEIVED FEB 13 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__     ____ Petty  ____ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Manufacture Methamphetamine | 1 |
| Set 2 | 18 USC 2; 21 USC 841(a)(1) & 846 | Aiding and Abetting the Attempted Manufacture of Methamphetamine | 2 |
| Set 3 | 21 USC 856(a)(2) | Establishment of Manufacture Operations | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/13/08__     Signature of AUSA: _____

<u>Criminal Case Cover Sheet</u>                                                                                       <u>U.S. District Court</u>

**Place of Offense:**

City _____Hagåtña_____

**Related Case Information:**

**08-00013**

Country/Parish _____

Superseding Indictment _____ Docket Number _____
Same Defendant _____     New Defendant __x____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name      __JONATHAN NINETE__

Alias Name          _____

Address             _____
                    __Asan, Guam__

Birthdate _Xx/xx/1980_  SS# _xxx-xx-4822_  Sex _M_  Race _PI_  Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas___

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED FEB 13 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ____ Petty  ____ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Manufacture Methamphetamine | 1 |
| Set 2 | 18 USC 2; 21 USC 841(a)(1) & 846 | Aiding and Abetting the Attempted Manufacture of Methamphetamine | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/13/08__    Signature of AUSA: _[signature]_
Case 1:08-cr-00013   Document 1   Filed 02/13/2008   Page 6 of 7

**Criminal Case Cover Sheet** — **U.S. District Court**

**Place of Offense:**
City: Hagåtña
Country/Parish: ____

**Related Case Information:**
Superseding Indictment ____ Docket Number **08-00013**
Same Defendant ____ New Defendant __x__
Search Warrant Case Number ____
R 20/ R 40 from District of ____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name: __VANESSA TENORIO__

Alias Name: ____

Address: ____
Agana Heights, Guam

Birthdate __Xx/xx/1978__   SS# __xxx-xx-6266__   Sex __F__   Race __PI__   Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA: __Rosetta L. San Nicolas__

Interpreter: __X__ No ____ Yes   List language and/or dialect: ____

RECEIVED FEB 13 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 USC 841(a)(1) & 846 | Conspiracy to manufacture Methamphetamine | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 2/13/08   Signature of AUSA: [signature]