LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam  96910
Tel:  (671) 472-7332/7283
Fax:  (671) 472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br><br>JOSHUA J.C. ULLOA,<br>CHRISTINE M. DUENAS,<br>JONATHAN NINETE, and<br>VANESSA TENORIO,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CRIMINAL CASE NO. 08-00013

**ORDER SEALING RECORD**

Through an application to seal record having come before this court and the court finding good cause for the issuance of the order;

  **IT IS SO ORDERED** that the record herein be sealed.

           **/s/ Joaquin V.E. Manibusan, Jr.**
            **U.S. Magistrate Judge**
            **Dated: Feb 13, 2008**