CASE NO.: CR-08-00013-003   DATE: February 15, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio   Electronically Recorded: 3:53:59 - 4:15:05
CSO: None Present

**APPEARANCES:**

Defendant: Jonathan Ninete
            Vanessa Tenorio
Attorney: Stephanie G. Flores
          William Gavras

☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Rosetta San Nicolas   U.S. Agent:
U.S. Probation: Maria Cruz   U.S. Marshal: T. Muna
Interpreter:   Language:

**PROCEEDINGS:** Initial Appearance on an Indictment and Arraignment
- Financial Affidavit reviewed and accepted: Stephanie G. Flores for Jonathan Ninete William Gavras for Vanessa Tenorio appointed to represent the defendant.
- Defendants arraigned and advised of thier rights, charges and penalties.
- Defendants waives reading of Indictment.
- Jonathan Ninete and Vanessa Tenorio enter a plea of: Not guilty
- Trial set for: April 8, 2008 at 9:30 a.m.
- Defendant Vanessa Tenorio to be released.
- Defendant Jonathan Ninete to be remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: DEA to secure medical clearance of defendant Jonathan Ninete before he is placed in the custody of the U.S. Marshal Services.