DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00013-003 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **JONATHAN NINETE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the STEPHANIE G. FLORES is appointed to represent the defendant in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 15, 2008