◨ ORIGINAL

joshuaulloauns

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 20 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00013 |
| Plaintiff, | |
| vs. | APPLICATION TO UNSEAL RECORD |
| JOSHUA J.C. ULLOA, CHRISTINE M. DUENAS, JONATHAN NINETE, and VANESSA TENORIO, | |
| Defendants. | |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that all the defendants have been arrested and the investigation in this matter is now complete.

Respectfully submitted this 20th day of February 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney