# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| JONATHAN NINETE | Case Number: CR-08-00013-003 |

**FILED**
DISTRICT COURT OF GUAM

FEB 20 2008

JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JONATHAN NINETE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

**RECEIVED**
FEB 13 2008
US MARSHALS SERVICE-GUAM

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
Conspiracy to Manufacture Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846, Count 1

Aiding and Abetting the Attempted Manufacture of Methamphetamine, 18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1) & 846, Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 02/13/2008 — Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

CHAIAN PAGO, GUAM

| DATE RECEIVED 2-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-15-08 | SA THANH CHURCH | *Thanh Church* |

ORIGINAL

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___JONATHAN NINETE_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____