# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00013-003　　　　　　　　　DATE: April 01, 2008
　　　　　　CR-08-00013-004

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　Electronically Recorded: 10:00:35 - 10:04:12
　　　　　　　　　Virginia T. Kilgore

**APPEARANCES:**
Defendant: Jonathan Ninete (Custody)　　　Attorney: Stephanie Flores (CJA Appointed)
　　　　　　Vanessa Tenorio (PR)　　　　　　　　　　William Gavras (CJA Appointed)
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Pretrial Conference**
- Ms. Flores informed court that her client has executed a plea agreement. Mr. Gavras stated that his client intends to enter a plea within a day or two.
- Defendant Ninete to remain in the custody of the U.S. Marshals Service.
- Defendant Tenorio released as previously ordered.

NOTES: