# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00013-003          DATE: April 03, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 10:43:24 - 11:04:26

**APPEARANCES:**
Defendant: Jonathan Ninete      Attorney: Stephanie Flores
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Carleen Borja

**PROCEEDINGS: Change of Plea**
- Pen and Ink changes made to Plea Agreement.
- Defendant Consented to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: July 2, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: May 28, 2008
- Response to Presentence Report: June 11, 2008
- Final Presentence Report due to the Court: June 25, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: