
**ORIGINAL**

jonathanninetestp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 0 6 2008 RD

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00013 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| JONATHAN NINETE, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Stephanie Flores, hereby stipulate to continue the Sentencing hearing currently scheduled for July 2, 2008, and that it be rescheduled to July 10, 2008, a time to be selected by the court. AUSA Rosetta San Nicolas is scheduled for surgery and medical

//
//
//
//
//

treatment from June 6, 2008 with a recovery period of four to six weeks, in Honolulu, Hawaii.

SO STIPULATED.

_5 June 08_
DATE

STEPHANIE FLORES
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_6/3/08_     By:
DATE

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney