LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00013 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE** |
| | ) **SENTENCING** |
| JONATHAN NINETE, | ) |
| Defendant. | ) |

Based upon the Stipulation filed by the parties on June 6, 2008 (*see* Docket No. 70).

**IT IS SO ORDERED** that the Sentencing hearing currently scheduled for July 2, 2008, is hereby rescheduled to August 14, 2008, at 10:30 a.m.

**So Ordered.**

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jun 10, 2008**