

Vanessatenoriostp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 03 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VANESSA TENORIO, <br><br> Defendant. | CRIMINAL CASE NO. 08-00013 <br><br> **STIPULATED MOTION TO CONTINUE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, William L. Gavras, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for July 7, 2008, and that it be continued for three (3) months, at a date and time to be selected by the court at it's convenience.

7/2/08
DATE

WILLIAM L. GAVRAS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

7/2/08
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney