# UNITED STATES DISTRICT COURT

DISTRICT OF       **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**JONATHAN NINETE**        CASE NUMBER:    **CR-08-00013-003**

TYPE OF CASE:

☐ **CIVIL**      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>August 14, 2008 at 10:30 a.m. | CONTINUED TO DATE AND TIME<br><br>September 3, 2008 at 11:30 a.m. |
|---|---|---|

<u>JEANNE G. QUINATA, CLERK OF COURT</u>
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| <u>August 7, 2008</u> | <u>/s/ Carmen B. Santos</u> |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:    U. S. Attorney's Office
          Stephanie G. Flores
          U.S. Probation Office
          U.S. Marshals Service