THE LAW OFFICE OF
STEPHANIE G. FLORES
Suite 202, Quan Bldg.
324 West Soledad St.
Hagatna, Guam 96910
Telephone: 671-479-1003
Facsimile: 671-479-1002
Email: sgflores@gmail.com

Attorney for Defendant Jonathan Ninete

**FILED**
DISTRICT COURT OF GUAM

SEP 0 3 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| JONATHAN NINETE, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

The parties herein hereby stipulate that the Sentencing in the above-entitled matter

be continued to September 16, 2008 at 1:30 p.m.

Respectfully submitted this 3rd day of September, 2008.

THE LAW OFFICE OF STEPHANIE G. FLORES          OFFICE OF THE U.S. ATTORNEY

By:                                                                           By:
Stephanie G. Flores, Esq.                                      Rosetta San Nicolas, Esq.
Attorney for Jonathan Ninete                              Assistant U.S. Attorney