THE LAW OFFICE OF
STEPHANIE G. FLORES
Suite 202, Quan Bldg.
324 West Soledad St.
Hagatna, Guam 96910
Telephone: 671-479-1003
Facsimile: 671-479-1002
Email: sgflores@gmail.com

Attorney for Defendant Jonathan Ninete

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JONATHAN NINETE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties herein having stipulated, the Sentencing in the above-entitled matter set for September 3, 2008 is continued to September 16, 2008 at 1:30 p.m.

SO ORDERED this 3rd day of September, 2008.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 03, 2008**